**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Darrick Steraling MILES, a/k/a Dirty**
**Red, Defendant–Appellant.**

No. 14–6329.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 29, 2014.

Decided: July 31, 2014.

Darrick Steraling Miles, Appellant Pro Se. Joshua Bryan Royster, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrick Steraling Miles appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Miles*, No. 5:09–cr–00197–FL–1 (E.D.N.C. Dec. 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*